IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| PHILIP JAMES HANSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. __1:16-cv-1174__ |
| | ) | |
| UNITED STATES POSTAL SERVICE, an | ) | COMPLAINT and JURY DEMAND |
| Agency of the UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES

NOW COMES the Plaintiff, PHILIP JAMES HANSON, by his attorney, The Law Office of Troy I. Roberts, P.C., by Troy I. Roberts, and for his Complaint for Damages against the above-named Defendant, UNITED STATES POSTAL SERVICE, an Agency of the UNITED STATES OF AMERICA (õUSPSö) and in support thereof, states as follows:

### JURISDICTION

1. Plaintiff is a resident of the State of Illinois. Defendant USPS is an agency of the United States government. The amount in controversy is $120,000.00.

2. This court has jurisdiction over the claims asserted against the defendant USPS on the grounds that the claim is asserted pursuant to the Federal Tort Claims Act and this court has subject matter jurisdiction over such claims pursuant to 28 U.S.C. § 1346(b).

3. This court has supplemental jurisdiction over all other claims asserted in this action under 28 U.S.C. § 1367(a) because they are so related to the claims asserted against the

defendant USPS that they form part of the same case or controversy under Article III of the United States Constitution.

## ALLEGATIONS

4.      On May 27, 2014, at or near 100 N. (Stark County Rural Ref.) at its intersection with 500 E. (Stark County Rural Ref.), in West Jersey Township, Stark County, State of Illinois, the plaintiff, Philip James Hanson, was operating a motor vehicle owned by Orkin, LLC, his employer. At the same time and place, Dawn Marie Charlet was operating a motor vehicle owned by her and while in the usual course of her employment with the defendant, USPS, as a Rural Mail Carrier.

5.      At this time and place, Dawn Marie Charlet negligently, and in violation of the laws and statutes of the State of Illinois, operated her motor vehicle in such a manner that it collided with plaintiff's motor vehicle.

6.      As a result of said negligent acts, plaintiff, Philip James Hanson, sustained serious personal injuries, some of which are believed permanent, was prevented from transacting his business and usual course of employment, suffered great pain of body and mind, incurred expenses for medical expenses, hospitalization and lost wages in the sum of $14,174.83, and will be required to spend additional sums in the future for the treatment of his injuries.

7.      At the time and place above mentioned, Dawn Marie Charlet was regularly in the service and employ of the defendant, USPS, and was acting within the scope of her employment.

8.      On November 24, 2015, plaintiff submitted and filed a Form 95 Claim for Damage, Injury or Death with the defendant USPS. The claim was denied as a matter of law

because the Department failed to finally dispose of the claim within six months after its submission.  This suit is duly commenced within six months of the denial of the claim.

### PRAYER FOR RELIEF

Plaintiff demands judgment as follows:

    A.    An award to plaintiff, Philip James Hanson, in a sum no less than $120,000.00 as compensation for his injuries, pain and suffering, loss of earnings, loss of earning capacity, and past and future medical and hospital expenses.

    B.    An award to plaintiff, Philip James Hanson, for his costs of suit.

PLAINTIFF HEREBY DEMANDS TRIAL BY JURY AS TO ALL ISSUES.

Dated:  May 26, 2016

                                            Respectfully submitted,

                                            /s/     Troy I. Roberts
                                            TROY I. ROBERTS, ARDC No. 6216753
                                            Law Office of Troy I. Roberts, P.C.
                                            245 N.E. Perry Avenue
                                            Peoria, Illinois  61603
                                            troyiroberts@ameritech.net
                                            Telephone ó (309) 655-3003
                                            Facsimile ó (309) 637-5433

                                            Attorney for Plaintiff,
                                            Philip James Hanson