Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | | |
|---|---|---|
| Philip James Hanson | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case Number: 16-CV-1174 |
| | ) | |
| United States Postal Service, *an Agency of* | ) | |
| *the United States of America* | ) | |
| | ) | |
| Defendant | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.    This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this matter is DISMISSED without prejudice for failure to prosecute. CASE TERMINATED.

**Dated:**    09/30/2016

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court